IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2:16cr163 |
| v.  ) | 18 U.S.C. § 2251(a) |
| ) | Production of Child Pornography |
| ) | (Count One) |
| JORDAN LEE ADAMS, ) | |
| ) | 18 U.S.C. § 2253 |
| Defendant.  ) | Criminal Forfeiture |
| ) | |

## CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about February 17, 2012, in the Eastern District of Virginia and elsewhere, the defendant JORDAN LEE ADAMS did knowingly employ, use, persuade, induce, entice, and coerce K.S., a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and JORDAN LEE ADAMS knew and had reason to know that such visual depiction would be, and later was, transported by him in interstate and foreign commerce from North Carolina into the Eastern District of Virginia, and which visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a video entitled "[K.S.] 7."

(In violation of Title 18, United States Code, Sections 2251(a) and (e).)

CRIMINAL FORFEITURE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

A. Defendant JORDAN LEE ADAMS, upon conviction of the sole count in this Criminal Information, as part of the sentencing of the defendant pursuant to Federal Rule of Criminal Procedure 32.2, shall forfeit to the United States:

1. Any and all matter which contains child pornography produced, transported, mailed, shipped, possessed, or received in violation of Title 18, United States Code, Section 2251 *et seq.*; and

2. Any and all property used or intended to be used in any manner or part to commit or promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property.

B. The property subject to forfeiture under Paragraph A includes, but is not limited to, the following items seized from the defendant on or about February 19, 2014:

1. A black Sony VAIO laptop computer, serial number 27553965 3003975, current in evidence at the Naval Criminal Investigative Service Field Office, Norfolk, Virginia.

(In violation of Title 18, United States Code, Section 2253.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Alyssa K. Nichol
Special Assistant United States Attorney
Massachusetts State Bar No. 681771
Office of the U.S. Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331
alyssa.nichol@usdoj.gov