REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

| Place of Offense: | | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | | Superseding Indictment: | Criminal Number: 2:16cr 163 |
| County/Parish: | | Same Defendant: | New Defendant: |
| | | Magistrate Judge Case Number: | Arraignment Date: |
| | | Search Warrant Case Number: | |
| | | R 20/R 40 from District of _____ . | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI#: | | | | |
|---|---|---|---|---|---|
| Defendant Name: Jordan Lee Adams | | | Alias Name(s): | | |
| Address: Unknown | | | | | |
| Employment: Unknown | | | | | |
| Birth Date: 1990 | SS#: xxx/xx/6456 | Sex: | Race: | Nationality: | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

**Location Status:**

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: in: _____ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| SAUSA Alyssa K. Nichol | Telephone No. 757-441-6331 | MA Bar #: 681771 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Ryan Berger – Naval Criminal Investigative Service – 1329 Bellinger Boulevard, Norfolk, VA 23511

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Production of Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. § 2253 | Criminal Forfeiture | | |
| Set 3 | | | | |